No. 64957.—Home Lines Agency, Inc. *v.* United States, protest 59/33446 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 64958.—Ignaz Strauss & Co., Inc., and Alexander Terk Co. *v.* United States, protests 302736–K and 159357–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are silver plated on metals other than nickel silver or copper, the claim of the plaintiffs was sustained.

No. 64959.—D. Hauser, Inc., et al. *v.* United States, protests 324278–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, except that they are in chief value of other base metal, the claim of the plaintiffs was sustained.